| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

ORIGINAL

Mi Eun Park
USDC Cr. Cs. #02-00018-001
SS# XXX-XX-9460
DOB: XX-XX-1966
HT: 5 ft 3 in
WT: 122 lbs



DATE    September 20, 2005

YOU ARE AUTHORIZED TO TRAVEL TO    Seoul, South Korea

LEAVING    September 30, 2005    AND RETURNING    October 10, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical purposes.

**FILED**
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Seoul, South Korea;
2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
3. You shall call your probation officer if you change accommodation/location; and
4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

FR: Judy Ann L. Ocampo
Rossanna Villagomez-Aguon
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

RECEIVED
SEP 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

☑ APPROVED    ☐ DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

Case 1:02-cr-00018    Document 66    Filed 10/07/2005    Page 1 of 1