
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 02-00018-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| MI EUN PARK | ) | |
| Defendant. | ) | |
| | ) | |

On May 17, 2004, Mi Eun Park was sentenced by the Honorable Dean D. Pregerson, Designated Judge, U.S. District Court of Guam, for Trafficking in Counterfeit Goods or Services, in violation of 18 U.S.C. §§2320 & 2. She was sentenced to a 48 month term of probation with conditions to include: that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; serve six months of home detention under the home confinement program of the U.S. Probation Office and pay all or part of the costs of the program based on her ability to pay; comply with the standard conditions of probation as set forth by the U.S. Probation Office; perform 200 hours of community service; pay a special assessment fee of $100; and pay a $10,000 fine.

Ms. Park is requesting the Court's permission to travel to Seoul, South Korea, for business and medical purposes, and plans to travel outside of the district from March 7, 2006 to March 24, 2006.

Ms. Park has adjusted well to supervision. She paid her $100 special assessment fee and $10,000 fine. She has completed serving her six month term of home confinement and provided full payment for the electronic monitoring services, and has also completed her 200 hours of community service on. She remains employed as the owner and president of the Seoul Korea Restaurant and LG25 Store.

Request to Travel
Re: PARK, Mi Eun
USDC Cr. Cs. No. 02-00018-001
March 2, 2006
Page 2

Ms. Park has been authorized travel by the Court on previous occasions and has returned without incident. This Officer therefore supports the travel request and seeks the Court's approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U. S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: File