| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Mi Eun Park
USDC Cr. Cs. #02-00018-001
SS# XXX-XX-9460
DOB: XX-XX-1966
HT: 5 ft 3 in
WT: 122 lbs



DATE  March 2, 2006

**FILED**

DISTRICT COURT OF GUAM

MAR - 6 2006

MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO  Seoul, South Korea

LEAVING  March 7, 2006   AND RETURNING  March 24, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business and medical purposes.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Seoul, South Korea;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME  N/A
ADDRESS

**RECEIVED**
MAR - 3 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Rossanna Villagomez-Aguon
UNITED STATES PROBATION OFFICER

[X] APPROVED   [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Case 1:02-cr-00018   Document 38   Filed 03/06/2006   Page 1 of 1

**ORIGINAL**