
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 02-00018-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| MI EUN PARK | ) | |
| Defendant. | ) | |

On May 17, 2004, Mi Eun Park was sentenced by the Honorable Dean D. Pregerson, Designated Judge, U.S. District Court of Guam, for Trafficking in Counterfeit Goods or Services, in violation of 18 U.S.C. §§2320 & 2. She was sentenced to a 48 month term of probation with conditions to include: that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; serve six months of home detention under the home confinement program of the U.S. Probation Office and pay all or part of the costs of the program based on her ability to pay; comply with the standard conditions of probation as set forth by the U.S. Probation Office; perform 200 hours of community service; pay a special assessment fee of $100; and pay a $10,000 fine.

Ms. Park is requesting the Court's permission to travel to Seoul, South Korea, to visit her mother and for business purposes. Ms. Park will leave Guam on July 25, 2006 and return on August 6, 2006.

Ms. Park has adjusted well to supervision. She paid her $100 special assessment fee on May 17, 2004 and her $10,000 fine on June 10, 2004. She has completed serving her six month term of home confinement and provided full payment for the electronic monitoring services. She has a 185 hour balance of community service ordered. She remains employed as the owner and president of the Seoul Korea Restaurant and LG25 Store.

Request to Travel
Re: PARK, Mi Eun
USDC Cr. Cs. No. 02-00018-001
July 17, 2006
Page 2

Ms. Park has been authorized travel by the Court on previous occasions and has returned without incident. This Officer therefore supports the travel request and seeks the Court's approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *Judy Anne I. Ocampo*
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

*Christopher Duenas*
CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc: File