| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM  **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE  U.S. PROBATION OFFICE 2nd Floor, U.S. District Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 Tel: (671) 473-9201 |

Mi Eun Park
USDC Cr. Cs. #02-00018-001
SS# XXX-XX-9460
DOB: XX-XX-1966
HT: 5 ft 3 in
WT: 122 lbs



DATE  July 17, 2006

YOU ARE AUTHORIZED TO TRAVEL TO    Seoul, South Korea

LEAVING   July 25, 2006    AND RETURNING   August 6, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business and medical purposes.**

**FILED**
**DISTRICT COURT OF GUAM**
**JUL 20 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Seoul, South Korea;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME   N/A
ADDRESS

**RECEIVED**
**JUL 19 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

[X] APPROVED   [ ] DISAPPROVED

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
Date: July 20, 2006

**ORIGINAL**