| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Mi Eun Park

USDC Cr. Cs. #02-00018-001
SS# XXX-XX-9460
DOB: XX-XX-1966
HT: 5 ft 3 in
WT: 122 lbs



DATE  October 11, 2006

YOU ARE AUTHORIZED TO TRAVEL TO  Seoul, South Korea

LEAVING  October 21, 2006  AND RETURNING  November 4, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business and visit relative.**

**FILED**
DISTRICT COURT OF GUAM
OCT 1 3 2006
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of probation while in Seoul, South Korea;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

ROSSANNA VILLAGOMEZ-AGUON
UNITED STATES PROBATION OFFICER

NAME  N/A
ADDRESS  ___

RECEIVED
OCT 1 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

[X] APPROVED  [ ] DISAPPROVED

JOHN C. COUGHENOUR*
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

*JOHN C. COUGHENOUR, Designated Judge.