
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>vs.<br><br>MI EUN PARK<br>    Defendant. | ) ) ) ) ) ) ) ) ) | CRIMINAL CASE NO. 02-00018-001<br><br>**REQUEST TO TRAVEL** |

On May 17, 2004, Mi Eun Park was sentenced by the Honorable Dean D. Pregerson, Designated Judge, U.S. District Court of Guam, for Trafficking in Counterfeit Goods or Services, in violation of 18 U.S.C. §§2320 & 2. She was sentenced to a 48-month term of probation with conditions to include: that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; serve six months of home detention under the home confinement program of the U.S. Probation Office and pay all or part of the costs of the program based on her ability to pay; comply with the standard conditions of probation as set forth by the U.S. Probation Office; perform 200 hours of community service; pay a special assessment fee of $100; and pay a $10,000 fine.

Ms. Park is requesting the Court's permission to travel to Seoul, South Korea, for business purposes and to visit her mother. Ms. Park plans to leave Guam on March 21, 2007 and return on April 6, 2007.

Ms. Park continues to comply with her conditions of supervision. She has satisfied all of the special conditions ordered, and remains employed as the owner and president of the Seoul Korea Restaurant and LG25 Store.

Ms. Park has been authorized travel by the Court on previous occasions and has returned without incident. This Officer therefore supports the travel request and seeks the Court's approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U. S. Probation Officer

Reviewed by:
_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:    File