| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



Mi Eun Park
USDC Cr. Cs. No. 02-00018-001
SS# XXX-XX-9460
DOB: XX-XX-1966
HT: 5 ft 3 in
WT: 122 lbs

DATE    March 14, 2007

YOU ARE AUTHORIZED TO TRAVEL TO    Seoul, South Korea

LEAVING    March 21, 2007    AND RETURNING    April 6, 2007

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE

PURPOSE OF THIS TRIP:

**Business and visit relative.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of probation while in Seoul, South Korea;**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

3. **You shall call your probation officer if you change accommodation/location; and**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

FILED
DISTRICT COURT OF GUAM
MAR 16 2007
MARY L.M. MORAN
CLERK OF COURT

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

ROSSANNA VILLAGOMEZ-AGUON
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

☑ APPROVED    ☐ DISAPPROVED

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

DATE: 3/16/07

RECEIVED
MAR 14 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

Case 1:02-cr-00018    Document 46    Filed 03/16/2007    Page 1 of 1