| PROB 35 | **Report and Order Terminating Probation** |
| --- | --- |
| (3/07) | **Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO.   02-00018-001

MI EUN PARK

    On May 17, 2004, the above named was placed on probation for a period of four years. Mi Eun Park has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

   /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

   /s/ FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:  Karon V. Johnson, AUSA
     F. Randall Cunliffe, Defense Counsel
     File

**ORDER OF COURT**

    Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | CRIMINAL CASE NO. 02-00018-001 |
| ) | | |
| Plaintiff, ) | | |
| ) | | **SPECIAL REPORT** |
| vs. ) | | |
| ) | | |
| ) | | |
| MI EUN PARK, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

**Re:    Request for Early Termination from Probation.**

      On May 17, 2004, Mi Eun Park was sentenced in the District Court of Guam to a 48 month term of probation for Trafficking in Counterfeit Goods or Services, in violation of 18 U.S.C. §§ 2320 and 2.  In addition to the mandatory and standard conditions, the Court also ordered the following:  that Ms. Park serve a six month term of home detention and pay for the costs of the program based on her ability to pay as determine by the U.S. Probation Officer; not unlawfully possess a controlled substance, refrain from any unlawful use of a controlled substance, and submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter; comply with the standard conditions of probation; perform 200 hours of community service; and pay a $10,000 fine and a $100 special assessment fee.

      On May 17, 2004, Ms. Park satisfied the $100 special assessment fee, and on June 10, 2004, she paid the $10,000 fine in full as ordered.  On June 28, 2005, she satisfied the mandatory condition that she submit to three urinalyses which produced negative results. On September 6, 2005, Ms. Park submitted to DNA collection as required, and on October 14, 2005, she completed her 200 hours community service performance.  She also served her six month term of home confinement from March 3, 2005 to September 2, 2005 and paid for program costs as required.  In addition, Ms. Park has complied with the other conditions of probation, and has maintained consistent self-employment.

SPECIAL REPORT
Request for Early Termination from Probation
Re:   PARK, Mi Eun
USDC Cr. Cs. No. 02-00018-001
June 11, 2007
Page 2


      Mi Eun Park is requesting early termination of her probation sentence.  She has served three years of the four year term, which is set to expire on May 16, 2008.  In light of her compliance with her probation conditions, this Officer supports her request.  Assistant U.S. Attorney Karon Johnson has stated that she has no objection to the request.


      RESPECTFULLY submitted this <u>11th</u> day of June 2007.


                                      FRANK MICHAEL CRUZ
                                      Chief U.S. Probation Officer


By:  /s/ ROSSANNA VILLAGOMEZ-AGUON
                             U.S. Probation Officer

Reviewed by:


 /s/ FRANK MICHAEL CRUZ
     Chief U.S. Probation Officer

cc:   F. Randall Cunliffe, Defense Counsel
       Karon Johnson, Assistant U.S. Attorney
       File