# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

        v.          CRIMINAL CASE NO.    02-00018-001

     MI EUN PARK

     On May 17, 2004, the above named was placed on probation for a period of four years. Mi Eun Park has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

                                                  Respectfully submitted,

                                                  FRANK MICHAEL CRUZ
                                                  Chief U.S. Probation Officer


                                                  /s/ ROSSANNA VILLAGOMEZ-AGUON
                                                  U.S. Probation Officer

Reviewed by:

 /s/ FRANK MICHAEL CRUZ
               Chief U.S. Probation Officer

cc:   Karon V. Johnson, AUSA
      F. Randall Cunliffe, Defense Counsel
      File

### ORDER OF COURT

     Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.



                                                  /s/ Frances M. Tydingco-Gatewood
                                                        Chief Judge
                                                     **Dated: Jun 14, 2007**